Roger D. Drake (Nevada Bar No. 16849)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARICELA CABADA, | ) |
| | ) CASE NO.: 2:25-cv-00891-MDC |
| Plaintiff, | ) |
| | ) *[PROPOSED]* ORDER EXTENDING |
| v. | ) BRIEFING SCHEDULE |
| | ) |
| LELAND DUDEK, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the parties' stipulation to extend the briefing schedule, IT IS ORDERED, that Plaintiff shall have an extension of 45 days from August 20, 2025, or until October 6, 2025, to prepare and file Plaintiff's Opening Brief. All other scheduling dates set forth in the Case Management Order and Supplemental Rules for Social Security Actions shall be extended accordingly.

Plaintiff's Opening Brief will be due October 6, 2025.

Defendant's Opening Brief will be due November 5, 2025.

Plaintiff's Reply Brief will be due November 19, 2025.

DATED: 8-6-25

HON. MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE